**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**WILLIAM J. WILLIAMS,**

    **Plaintiff,**

**vs.**                                                                                  **CASE NO. 1:07CV231-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

                                                        /

**O R D E R**

Presently before the Court is Defendant's Motion for Enlargement of Time to file a responsive memorandum. (Doc. 13). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have thirty (30) days from this date to file a responsive memorandum.

**DONE AND ORDERED** this __14th__ day of April, 2008.

                                                       s/ A. KORNBLUM
                                                       **ALLAN KORNBLUM
                                                       UNITED STATES MAGISTRATE JUDGE**