**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**WILLIAM J. WILLIAMS,**

    **Plaintiff,**

**vs.**                                                   **CASE NO. 1:07CV231-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court is Defendant's Second Motion for Enlargement of Time to file a responsive memorandum. (Doc. 15). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have thirty (30) days from this date to file a responsive memorandum.

**DONE AND ORDERED** this __16th__ day of May, 2008.

                                                     _s/ A. KORNBLUM_
                                                     **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**