IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM J WILLIAMS,

    Plaintiff,

v.                                                                                    CASE NO. 1:07-cv-00231-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation regarding Petition for Review of Commissioner Decision, filed by William J Williams. Upon review, the Magistrate Judge recommended that the decision of the Commissioner denying benefits be affirmed. Plaintiff admits that when he refrains from excessive consumption of alcohol and caffeine, he can work successfully. The Administrative Law Judge's unfavorable decision was based on substantial evidence, and Plaintiff cannot point to any gaps in the evidentiary record that would warrant further development. Plaintiff does not object to the Magistrate's Report and Recommendation, and the Magistrate's analysis contains no plain error. Therefore, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The Magistrate Judge's Report and Recommendation, Doc. 20, is ADOPTED and incorporated herein.

    2.     The Commissioner's decision denying benefits is AFFIRMED.

    **DONE AND ORDERED** this __2nd__ day of September, 2009



                                                    Maurice M. Paul, Senior District Judge